**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In Re:

ARMANDO A. GUZMAN
EILEEN M. MARTINEZ ,

Case No. 13-28010-AJC

Debtors.
_______________________________/

Chapter 13

## NOTICE OF APPEARANCE

COMES NOW the firm of DENNIS LeVINE & ASSOCIATES, P.A. and files this Notice of Appearance as counsel of record for ALLY FINANCIAL, a creditor in the above-styled cause, and requests:

1. That its name be added to the Matrix as:

ALLY FINANCIAL
c/o Dennis LeVine & Associates, P.A.
P.O. Box 707
Tampa, FL 33601-0707

2. That it be provided copies of all pleadings filed herein.

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).

/s/DENNIS J. LEVINE, ESQ.
DENNIS J. LeVINE, ESQ.
Fla. Bar No. 375993
DENNIS LeVINE & ASSOCIATES, P.A.
P.O. Box 707
Tampa, FL 33601-0707
(813) 253-0777
(813) 253-0975 (FAX)
Attorneys for ALLY FINANCIAL

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance was furnished by either Electronic or U.S. Mail to the parties listed below on this 9TH day of December, 2013.

/s/DENNIS J. LEVINE, ESQ.
ATTORNEY

Armando A. Guzman and Eileen M. Martinez
8617 SW 68th Court #21
Miami, FL 33143-6937

Robert Sanchez, Esq.
355 W. 49 St.
Hialeah, FL 33012

Nancy K. Neidich, Trustee
P.O. Box 279806
Miramar, FL 33027