## CHAPTER 13 PLAN (Individual Adjustment of Debts)

FIRST Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **ARMANDO A. GUZMAN**   JOINT DEBTOR: **EILEEN M. MARTINEZ**   CASE NO.: 13-28010-AJC
Last Four Digits of SS# XXX-XX-2342    Last Four Digits of SS# XXX-XX-7145

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 339.54 for months 1 to 60 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00      TOTAL PAID $1,800.00
              Balance Due   $ 1,850.00   payable $ 185.00 /month (Months 1 - 10 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. NONE                                    Arrearage on Petition Date   $_____
Address:_____                         Arrears Payment  $_____/month  (Months _____ to _____)
                                                     Regular Payment $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| NONE | | % | $ | __ To __ | |

Priority Creditors: [as defined in 11 U.S.C. §507]
1._____ Total Due $_____
                                    Payable  $_____/month  (Months____ to ____) Regular Payment $____

Unsecured Creditors: Pay $120.59/month (Months 1 to 10 ), $ 305.59/month (Months 11 to 60 ). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors surrender and abandon their interest in the 2006 Hummer financed by Ally Financial. The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/Robert Sanchez, Esq.                            /s/ Robert Sanchez, Esq.
Debtor                                                Joint Debtor
Date: 2/07/2014                                       Date: 2/07/2014

LF-31 (rev. 06/02/08)