

**ORDERED in the Southern District of Florida on May 1, 2014.**

_A. Jay Cristol_
**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:    Armando A. Guzman                                  Case No: 13-28010-AJC
              and
          Eileen M. Martinez
                                                             Chapter 13
                  Debtors            /

### ORDER SUSTAINING OBJECTION TO CLAIM OF ASSET ACCEPTANCE, LLC

**THIS MATTER** having come to be heard on this 22nd day of April, 2014 upon Debtor's Objection to Claim of Asset Acceptance, LLC (claim #3) and based on the record, IT IS;

**ORDERED AND ADJUDGED:**

1. The objection to the proof of claim of Asset Acceptance, LLC (claim #3) is SUSTAINED.

2. The claim is stricken and disallowed.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.